# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3085

United States of America

Appellee

v.

Samson Diamonte Xavior-Smith

Appellant

___

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00164-NEB-1)
___

**ORDER**

Attorney Steven J. Wright is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

October 06, 2022

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Michael E. Gans